David L. Miller, Bar No. 3736
Chapter 7 Trustee
PO Box 9
Farmington, UT 84025-0009
Telephone: (801) 447-8777
Facsimile: (801) 447-8834
E-mail: davidlmillerpc@msn.com
    Chapter 7 Trustee



## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF UTAH – NORTHERN DIVISION

| In re: | |
|---|---|
| BARBARA GOODSELL<br>MYRON GOODSELL,<br>   Debtor(s) | Bankruptcy No.09-32473<br>(Chapter 7)<br>Judge R. Kimball Mosier |



### DEPOSIT OF UNCLAIMED FUNDS

David L. Miller, the duly-appointed and acting Chapter 7 Trustee of the above named debtor represents to the Court that:

___ A      The following check(s) was/were issued to the creditor(s) listed below in the amount(s) listed. The check(s) was/were not cashed, and subsequently returned to the Trustee, and the Trustee stopped payment on or voided said check(s), and/or

✔ B      The check listed below represents a small dividend payable to the court pursuant to Bankruptcy Rule 3010.

| CHECK # | CREDITOR & ADDRESS (LAST KNOWN) | CHECK AMT. |
|---|---|---|
| | Intermountain Health Care<br>PO Box 27808<br>Salt Lake City, UT 84127-0808 | $4.72 |

A check in the amount of $4.72 representing said funds is payable to the United States Bankruptcy Court, and is attached hereto.

DATED this 30 day of November, 2010

DAVID L. MILLER
Chapter 7 Trustee